U.S. RUBBER RECYCLING, INC.,
Plaintiff–Appellant,

v.

ECORE INTERNATIONAL, INC.,
Defendant–Appellee.

No. 2012–1166.

United States Court of Appeals,
Federal Circuit.

May 8, 2013.

Thomas A. Vogele, Thomas Vogele & Associates, APC, of Costa Mesa, California, argued for plaintiff-appellant. With him on the brief was Timothy M. Kowal. Of counsel were Yuri Mikulka and Douglas Q. Hahn, Stradling Yocca Carlson & Rauth, of Newport Beach, California.

Robert C. Nissen, McKenna Long & Aldridge LLP, of Washington, DC, argued for defendant-appellee. With him on the brief was Jeffrey D. Wexler. Of counsel was William T. Enos.

RADER, Chief Judge, REYNA, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**